106 A.3d 485

IN THE MATTER OF OUSMANE D. AL–MISRI, AN ATTORNEY AT LAW (ATTORNEY NO. 006961979).

February 2, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–097, concluding that **OUSMANE D. AL–MISRI** of **NEWARK,** who was admitted to the bar of this State in 1979, should be admonished for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Court having determined from its review of the matter that the violation charged is *de minimus* and undeserving of formal discipline, and that the formal complaint in District Docket No. VA–2012–0015E therefore should be dismissed, and good cause appearing;

It is ORDERED that the formal complaint against **OUSMANE D. AL–MISRI** in District Docket No. VA–2012–0015E, is hereby dismissed.